**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| JOYCE D. SIMBLE | § | Case Number: 17-81494 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 17__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Dennis Hewitt
Hewitt & Wagner
1124 Lincoln Highway
Rochelle, IL 61068

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                                                              /s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Anthem Blue Cross & Blue Shield
c/o Rawlings Financial Services
PO Box 2020
La Grange, KY 40031-2020

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

First National Bank of Rochelle
340 May Mart Dr
Rochelle, IL 61068-1681

Midwest Physical Therapy & Rehab
513 4th Ave
Rochelle, IL 61068-1510

Northwestern Medicine
25 N Winfield Rd
Winfield, IL 60190-1222

Joyce D. Simble
101 Willis Ave
Rochelle, IL 61068-8820